CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ANTONIO FERNANDEZ-HERNANDEZ, <br>   aka "Juan Fernandez," <br><br> Defendant. | Case No. 2:21-cr-00294-RFB-DJA <br> *SEALED* <br><br> **Motion to Unseal Case** |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about October 28, 2021, a Complaint was filed with the Court, charging Mr. Fernandez-Hernandez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found Unlawfully in the United States. *See* ECF No. 1, 2:21-mj-00925-VCF.

2. Mr. Fernandez-Hernandez made an initial appearance before the Court on or about November 3, 2021, and was ordered detained pending trial. *Id.* at ECF Nos. 8, 15. Mr. Fernandez-Hernandez remains detained by the U.S. Marshals Service.

3.  Mr. Fernandez-Hernandez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for January 6, 2022. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4.  Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 17th day of November, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney


 /s/ *Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ANTONIO FERNANDEZ-HERNANDEZ,<br>  aka "Juan Fernandez,"<br><br>Defendant. | Case No. 2:21-cr-00294-RFB-DJA<br>*SEALED*<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Juan Antonio Fernandez-Hernandez,* is unsealed.

**DATED** this __2nd__ day of December, 2021.

By the Court:

_____
Honorable Richard F. Boulware, II
United States District Judge